UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **NICHOLAS SCHNEIDER,** on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**EDDIE MARTINI'S INC.,** a Foreign Corporation<br><br>Defendant. | CIVIL ACTION No. 2:08-CV-00416<br><br>JURY TRIAL DEMANDED |

## SATISFACTION OF JUDGMENT

NOW COMES Plaintiff, the judgment creditor in the above-styled case, and hereby states that the amounts set forth in the judgment of this cases, entered on September 17, 2008, Document No. 22, have been paid in full, to the satisfaction of the judgment creditor; therefore, the Clerk of Court is hereby authorized and directed to mark the docket of this case as "Satisfied and Paid in Full."

Dated this 1st day of October 2008.

                                            Respectfully submitted,

                                            s/LARRY JOHNSON
                                            Larry A. Johnson
                                            WI State Bar No: 1056619
                                            Nola J. Hitchcock Cross
                                            WI State Bar No: 1015817

Cross Law Firm, S.C.
505 Arcadian Ave.
Waukesha, WI 53186
(414) 224-0000 (office)
(414) 273-7055 (facsimile)
ljohnson@crosslawfirm.com